JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER W., | ) NO. 5:24-cv-01159-KS |
|     Plaintiff, | ) |
| | ) |
|     v. | ) JUDGMENT |
| | ) |
| MICHELLE KING, | ) |
| *Acting Commissioner of Social Security*, | ) |
|     Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and the above-captioned action is dismissed with prejudice.

DATED: February 4, 2025

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE